AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| LIA DEVITRI, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-cv-11842 |
| CHRIS M. CONEN, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondents/Defendants .

Date: 09/25/2017

/s/ Vinita B. Andrapalliyal
*Attorney's signature*

Vinita B. Andrapalliyal (n/a)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
P.O. Box 868, Benjamin Franklin Station
Washington, DC 20044

*Address*

vinita.b.andrapalliyal@usodj.gov
*E-mail address*

(202) 598-8085
*Telephone number*

(202) 307-5000
*FAX number*