**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                                      )
LIA DEVITRI, EVA GRASJE, SYANE KALOH, )
JOHN LONDA, MELDY LUMANGKUN, MARTIN   )
LUMINGKEWAS, MEIVE LUMINGKEWAS, TERRY )
ROMBOT, AGUS SETIAWAN, FREDDY SOMBAH, )
POPPY SOMBAH, and all other           )
individuals similarly situated,       )
                                      )
            Petitioners/Plaintiffs,   )
                                      )
v.                                    )
                                      )   Civil Action
CHRIS M. CRONEN                       )   No. 17-11842-PBS
Boston Field Office Director for      )
Enforcement and Removal Operations,   )
U.S. Immigration and Customs          )
Enforcement,                          )
                                      )
TIMOTHY STEVENS                       )
Manchester Sub-Office Director for    )
Enforcement and Removal Operations,   )
U.S. Immigration and Customs          )
Enforcement,                          )
                                      )
ELAINE C. DUKE                        )
Acting Secretary of the               )
U.S. Department of Homeland Security, )
                                      )
            Respondents/Defendants.   )
_____)
```

**AMENDED ORDER**
September 26, 2017

Saris, Chief U.S.D.J.

    Having considered Plaintiffs' Emergency Motion for Temporary Restraining Order and Stay of Removal and Memorandum in Support Thereof, after hearing, the Court holds that this is a proper case for the issuance of an order to maintain the

status quo until the Court determines whether it has jurisdiction. See <u>United States v. United Mine Workers of Am.</u>, 330 U.S. 258, 290 (1947). A briefing schedule has been established.

    Defendants are hereby enjoined and prohibited from removing or causing the removal from the United States of all Plaintiffs named in the Court's original Order (Docket No. 14, dated September 26, 2017), and Heru Kurniawan and Deetje Patty, with final orders of removal, who have been, or will be, arrested, detained, or removed by ICE after having participated, at any time, in 'Operation Indonesian Surrender.' All such removals now pending are hereby stayed and shall not proceed until further order of the Court.

IT IS SO ORDERED.

                                               /s/ PATTI B. SARIS              .
                                              Patti B. Saris
                                              Chief U.S. District Judge