Case 1:17-cv-11842-PBS  Document 29  Filed 09/29/17  Page 1 of 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LIA DEVITRI, EVA GRASJE, SYANE KALOH, JOHN LONDA, MELDY LUMANGKUN, MARTIN LUMINGKEWAS, MEIVE LUMINGKEWAS, TERRY ROMBOT, AGUS SETIAWAN, FREDDY SOMBAH, POPPY SOMBAH, and all other individuals similarly situated,

   *Petitioner-Plaintiffs,*

v.

CHRIS M. CRONEN, Boston Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; TIMOTHY STEVENS, Manchester Sub-Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; and ELAINE C. DUKE, Acting Secretary of the U.S. Department of Homeland Security,

   *Respondent-Defendants.*

Civil Action No.
17-cv-11842-PBS



DOCKETED

---

TERRY HELMUTH ROMBOT,

   *Petitioner,*

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility,

   *Respondent.*

Civil Action No.
17-cv-11577-PBS

### MOTION OF JOHN A. HAWKINSON, PRO SE, TO (1) INTERVENE FOR THE LIMITED PURPOSE OF MOVING FOR AN ORDER TO PERMIT REMOTE ACCESS TO ELECTRONIC COURT FILINGS PURSUANT TO FRCP 5.2(c); AND (2) TO REQUEST ECF FILING PRIVILEGES

John A. Hawkinson, a freelance news reporter writing for *Cambridge Day*, respectfully moves to intervene in this action for the limited purpose of filing a motion seeking an order