# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIA DEVITRI, et al., <br><br> Petitioners/Plaintiffs, <br><br> v. <br><br> CHRIS M. CRONEN, et al., <br><br> Respondents/Defendants. | Civil Action No.17-cv-11842-PBS |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEYS LEE GELERNT, JUDY RABINOVITZ, AND ANAND BALAKRISHNAN

Pursuant to Local Rule 83.5.3(b) of the U.S. District Court for the District of Massachusetts, Ronaldo Rauseo-Ricupero, an attorney admitted to practice before this Court, hereby moves for the admission *pro hac vice* of Lee Gelernt, Judy Rabinovitz, and Anand Balakrishnan of the American Civil Liberties Union Foundation to appear and practice before this Court in the above-captioned matter.

The applicants all meet the requirements of the Local Rule as demonstrated in each of their certificates included as attachments hereto.

1. This case is not a related or consolidated matter for which of Lee Gelernt, Judy Rabinovitz, and Anand Balakrishnan have previously applied to appear *pro hac vice*.

2. Lee Gelernt, Judy Rabinovitz, and Anand Balakrishnan are each attorneys in good standing and authorized to appear in the courts as described in their affidavits hereto.

3. Lee Gelernt, Judy Rabinovitz, and Anand Balakrishnan are familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

4. The office address, telephone number, fax number, and e-mail addresses of Lee Gelernt, Judy Rabinovitz, and Anand Balakrishnan are as follows:

> American Civil Liberties Union Foundation
> 125 Broad Street, 18th Floor
> New York, NY 10004
> Tel – 212-549-2616
> Fax – 212-549-2654
> LGelernt@aclu.org
> JRabinovitz@aclu.org
> abalakrishnan@aclu.org

5. Respondents/Defendants do not oppose this motion.

WHEREFORE, Plaintiffs/Petitioners respectfully request that Lee Gelernt, Judy Rabinovitz, and Anand Balakrishnan be admitted to practice before this Court *pro hac vice* for the purposes of appearing as counsel for the Petitioners/Plaintiffs and those similarly situated in the above-referenced proceedings in accordance with the Rules of this Court.

Respectfully Submitted,

*/s/ Ronaldo Rauseo-Ricupero*
W. Daniel Deane (BBO# 568694)
Nathan P. Warecki (BBO# 687547)
NIXON PEABODY LLP
900 Elm Street
Manchester, NH 03101

Ronaldo Rauseo-Ricupero (BBO# 670014)
Sydney Pritchett (BBO# 694195)
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

Dated: October 6, 2017           rrauseoricupero@nixonpeabody.com

4816-7848-8913.1

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 6, 2017.

                                                  /s/ *Ronaldo Rauseo-Ricupero*