**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                          )
LIA DEVITRI, et al.,                      )
                                          )
         Petitioners/Plaintiffs,          )
                                          )
         v.                               )    Civil Action
                                          )    No. 17-11842-PBS
CHRIS CRONEN, et al.,                     )
                                          )
         Respondents/Defendants.          )
_____)

**ORDER**

January 9, 2018

Saris, C.J.

    On October 26, 2017, this Court ordered the government to provide the named Petitioners/Plaintiffs with their alien files ("A-files"). See Docket No. 58. The Court's order read: "Respondents shall produce the A-files to the named plaintiffs forthwith. When a review of the file is completed, it shall be produced. The government shall not wait for the completion of review of all the files. Attorneys for the plaintiffs shall review the record of proceedings in the Immigration Court." Docket No. 58.

    Petitioners/Plaintiffs assert that, as of January 5, 2018, Respondents/Defendants had not complied with the Court's order to produce the A-files. See Docket No. 72 at 6-8. They further assert that individual Freedom of Information Act ("FOIA")

1

requests have been filed for each named Petitioner/Plaintiff. See Docket No. 72 at 7-8.

**Respondents/Defendants shall file a notice on ECF by January 16, 2018 informing the Court of (1) the steps they have taken thus far to comply with the Court's order to produce the A-files (Docket No. 58), and (2) the estimated time necessary to produce all remaining A-files for the named Petitioners/Plaintiffs.**

**Petitioners/Plaintiffs also shall file a notice on ECF by January 16, 2018 informing the Court of (1) the filing dates of all individual FOIA requests, and (2) the list of all A-files for the named Petitioners/Plaintiffs currently in counsel's possession.**

SO ORDERED.

/s/ PATTI B. SARIS
Patti B. Saris
Chief United States District Judge