UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIA DEVITRI, et al.,<br><br>                        Petitioners/Plaintiffs,<br>v.<br><br>CHRIS M. CRONEN, et al.,<br><br>                        Respondents/Defendants. | Civil Action No.17-cv-11842-PBS |

## **NOTICE OF WITHDRAWAL OF PETITIONER RARUNG**

The following Petitioner/Plaintiff respectfully withdraws from this action:

    RARUNG, Sero

                      Respectfully Submitted,

                      PETITIONERS/PLAINTIFFS

                      By Their Attorneys,

                      */s/ W. Daniel Deane*
                      W. Daniel Deane (BBO# 568694)
                      Nathan P. Warecki (BBO# 687547)
                      NIXON PEABODY LLP
                      900 Elm Street
                      Manchester, NH 03101

                      Ronaldo Rauseo-Ricupero (BBO# 670014)
                      Sydney Pritchett (BBO# 694195)
                      NIXON PEABODY LLP
                      100 Summer Street
                      Boston, MA 02110
                      (617) 345-1000
                      rrauseoricupero@nixonpeabody.com

                      Lee Gelernt (pro hac vice)
                      Anand Balakrishnan (pro hac vice)
                      American Civil Liberties Union Foundation
                      125 Broad St, 18th Flr
                      New York, NY 10004-0000

        Matthew R. Segal (BBO# 654489)
        Adriana Lafaille (BBO# 680210)
        American Civil Liberties Union of Massachusetts
        211 Congress St.
        Boston, MA 02110
        (617) 482-3170

        Gilles Bissonnette (BBO# 669225)
        American Civil Liberties Union of New Hampshire
        18 Low Avenue
        Concord, NH 03301
        (603) 224-5591

Date: April 10, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 10, 2018.

                                                            /s/ Ronaldo Rauseo-Ricupero