UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Lia Devitri, et al
Plaintiff

lv.

Civil Action No. 17-cv-11842-PBS

Chris M. Cronen, et al
Defendant

**Saris, Chief D.J.**

## ORDER OF ADMINISTRATIVE STAY/CLOSING

It is hereby ordered that the above entitled case is stayed/closed pending the resolution of the   Appeal   and to avoid the necessity of counsel appearing at periodic status conferences, it is hereby **ORDERED**:

The above-entitled action is hereby stayed/closed administratively without prejudice to the right of any party to restore it to the active docket upon termination of the proceedings.

Dated: 6/28/18

/s/ M. Molloy
Deputy Clerk