# United States Court of Appeals
## For the First Circuit

No. 18-1281

LIA DEVITRI; EVA GRASJE; SYANE KALOH; JOHN LONDA; MELDY LUMANGKUN; MARTIN LUMINGKEWAS; MEIVE LUMINGKEWAS; TERRY ROMBOT; AGUS SETIAWAN; FREDDY SOMBAH; POPPY SOMBAH; HERU KURNIAWAN; DEETJE PATTY; ROY ANTOUW; DEBBY WALANDOW; ARNOLD BUDIHARDJO; VIRAKE BUDIHARDJO; MICHAEL EMAN; HESTI RIMPER; GREACE MAMBO; SONNY MAMBO; EDDY PANJAITAN; CHRISTIAN PENTURY; LINARIA SINAGA; ELVIS SEPANG; ESTER ARINA; YAYHA BANTURINO; JODY SOEBAGYO; PINTA CHRISMILIAN; NICO FNU; WILLY MANDAGI; ADELE TUMBEL; JAMES TOMBENG; JANE PAJOW; GOLTODO PARAPAT; MARGARIET SITOMPUL; SERO RARUNG; STEPHEN RARUNG; LAURA RONDONUWU; WENDA CHAPMAN; JACKLYN LELE; SAMUEL WONDAL; MARKUS SUBRTO; TAMARA TASYA; FELICIA LUKMAN; KAJONO GUNARDI; LENY SUTANTO; FRANKY MASSIE; SANDRA SAHERTIAN; HEFRI SENDUK,

Petitioners, Appellees,

BOBBY CANDRA,

Petitioner,

v.

CHRIS M. CRONEN, Boston Field Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; TIMOTHY STEVENS, Manchester Sub-Office Director for Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; KIRSTJEN NIELSEN, Secretary of the U.S. Department of Homeland Security,

Respondents, Appellants.

Before

Lynch, Kayatta and Barron,
Circuit Judges.

**JUDGMENT**

Entered: February 6, 2019

In this appeal from the grant of preliminary injunctive relief, the parties have agreed that the terms of the relevant injunction have been fulfilled and that this appeal should now be dismissed as moot. The government also has moved to vacate the district court's preliminary injunction ruling, a request the petitioners oppose. After careful review of the record and the filings of the parties, we grant the motion to dismiss on mootness grounds and deny the motion to vacate. See McLane v. Mercedes-Benz of N. Am., Inc., 3 F.3d 522, 524 n.6 (1st Cir. 1993) ("In the case of interlocutory appeals . . . the usual practice is just to dismiss the appeal as moot and not vacate the order appealed from.") (internal quotations omitted).

The appeal is **dismissed**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Lee Gelernt
W. Daniel Deane
Gilles R. Bissonnette
Judy Rabinovitz
Ronaldo Rauseo-Ricupero
Adriana Lafaille
Matthew R Segal
Nathan P. Warecki
Sydney Pritchett
Anand Balakrishnan
SangYeob Kim
Cynthia A. Young
Michael P. Sady
Rayford A. Farquhar
William C. Silvis
Michael A. Celone
John Hawkinson